Form B6F
(12/03)

In re  **Todd Michael Carter**  ,  Case No. __05-30507__
Debtor

# AMENDED
## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 2653762295  <br>**Creditor #: 1**  <br>**Baptist Hospital of Cocke County**  <br>**435 2nd Street**  <br>**Newport, TN 37821** | | - | Medical Services | | | | 418.00 |
| Account No.  <br>Representing:  <br>**Baptist Hospital of Cocke County** | | | Acusource LLC  <br>PO Box 189  <br>Gallatin, TN 37066-0189 | | | | |
| Account No. 8684959557  <br>**Creditor #: 2**  <br>**BMG Music**  <br>**P.O. Box 91545**  <br>**Indianapolis, IN 46291** | | - | Mail order | | | | 27.00 |
| Account No.  <br>**Creditor #: 3**  <br>**Capital One Auto Finance**  <br>**P.O. Box 93016**  <br>**Long Beach, CA 90809** | | - | 1999 Dodge Avenger Repo Def. | | | | 9,932.00 |

__5__ continuation sheets attached

FILED MAY 25 2005
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TENNESSEE
BY_____

Subtotal (Total of this page) | 10,377.00

Form B6F - Cont.
(12/03)

In re   **Todd Michael Carter**                                          Case No.   **05-30507**
                                     Debtor

# AMENDED
## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 222413<br>Creditor #: 4<br>Cherokee Health Systems<br>Department 888182<br>Knoxville, TN 37995-8182 | | - | Medical Services | | | | 62.00 |
| Account No. 0012908629<br>Creditor #: 5<br>Direct TV<br>P.O. Box 78627<br>Phoenix, AZ 85062 | | - | Services | | | | 233.00 |
| Account No.<br>Representing:<br>Direct TV | | | The CBE Group<br>PO Box 3251<br>Milwaukee, WI 53201-3251 | | | | |
| Account No. 48066<br>Creditor #: 6<br>East Tn Allergy, PC<br>Suite 102, 1120 Weisgarber Road<br>Knoxville, TN 37909 | | - | Medical Services | | | | 199.00 |
| Account No.<br>Creditor #: 7<br>J. Clint Hurley, DDS<br>3203 School Street<br>White Pine, TN 37890 | | - | Services | | | | 295.00 |

Sheet no.  **1**  of  **5**  sheets attached to Schedule of          Subtotal
Creditors Holding Unsecured Nonpriority Claims                   (Total of this page)    **789.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re **Todd Michael Carter**, Case No. **05-30507**
Debtor

# AMENDED
## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>Creditor #: 8<br>Knox TVA Credit Union<br>P.O. Box 15994<br>Knoxville, TN 37901 | - | | 1999 Toyota Tacoma Repo Def. | | | | 7,750.00 |
| Account No. 555615<br>Creditor #: 9<br>Knoxville Radiological Group<br>P.O. Box 45<br>Knoxville, TN 37901 | - | | Medical Services | | | | 52.00 |
| Account No.<br>Representing:<br>Knoxville Radiological Group | | | Reports Inc.<br>P.O. Box 627<br>Knoxville, TN 37901 | | | | |
| Account No. 37722CRTR273<br>Creditor #: 10<br>Mystic Company, Inc.<br>9700 Mill Street<br>Camden, NY 13316 | - | | Mail order | | | | 17.00 |
| Account No. 012243614<br>Creditor #: 11<br>Security Finance<br>136 Five Rivers Plaza Way<br>Newport, TN 37821 | - | | Signature Loan | | | | 560.00 |

Sheet no. __2__ of __5__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **8,379.00**

Form B6F - Cont.
(12/03)

In re    **Todd Michael Carter**                                    Case No.    **05-30507**
                                    Debtor

# AMENDED
## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **4396**<br>Creditor #: 12<br>Sun Loan Co. #170<br>301 Cosby Highway<br>Newport, TN 37821 | | - | Signature Loan | | | | 1,212.00 |
| Account No.<br>Creditor #: 13<br>Thomas Hill Burgin<br>3269 Winfield Dunn Parkway<br>Kodak, TN 37764 | | - | Services | | | | 711.00 |
| Account No.<br>Creditor #: 14<br>Transouth Financial<br>P.O. Box 3901<br>Bristol, TN 37625 | | - | any def. amount from auto accident | | | | 1.00 |
| Account No. **3530**<br>Creditor #: 15<br>US Auto Insuance<br>P.O. Box 23530<br>Nashville, TN 37202 | | - | Services | | | | 312.00 |
| Account No.<br>Representing:<br>US Auto Insuance | | | Billy J. Hamblen, Jr.<br>5004 Willoway Drive, Apt. 15<br>Knoxville, TN 37912 | | | | |

Sheet no. __3__ of __5__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    **2,236.00**

Form B6F - Cont.
(12/03)

In re   **Todd Michael Carter**                                   Case No.  **05-30507**
                              Debtor

# AMENDED
## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>Representing:<br>US Auto Insuance | | | Tennessee Department of Safety<br>Financial Responsibility Section<br>P.O. Box 945<br>Nashville, TN 37202 | | | | |
| Account No.<br>Representing:<br>US Auto Insuance | | | Tennessee Department of Safety<br>Tennessee Attorney General's Office<br>BK Unit<br>426 5th Avenue, 2nd Floor<br>Nashville, TN 37243-0489 | | | | |
| Account No. 59667<br>Creditor #: 16<br>US Auto Services, Inc.<br>for Billy Hamblen<br>3813 Green Hills Village Drive<br>Nashville, TN 37215 | | - | 3/8/02<br>auto accident | | | | 3,725.00 |
| Account No.<br>Representing:<br>US Auto Services, Inc. | | | Tennessee Department of Safety<br>Financial Responsibility Section<br>P.O. Box 945<br>Nashville, TN 37202 | | | | |
| Account No.<br>Representing:<br>US Auto Services, Inc. | | | Tennessee Department of Safety<br>Tennessee Attorney General's Office<br>BK Unit<br>426 5th Avenue, 2nd Floor<br>Nashville, TN 37243-0489 | | | | |

Sheet no. __4__ of __5__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **3,725.00**

Form B6F - Cont.
(12/03)

In re **Todd Michael Carter**                                          Case No. **05-30507**
                              Debtor

# AMENDED
## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 0009061964479700001<br>**Creditor #: 17**<br>**Verizon Wireless**<br>**C/O: National Enterprise Systems**<br>**29125 Solon Road**<br>**Solon, OH 44139** | - | | **Services** | | | | 1,147.00 |
| Account No. **9204**<br>**Creditor #: 18**<br>**World Finance**<br>**307 W. Broadway**<br>**Newport, TN 37821** | - | | **Signature Loan** | | | | 855.00 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. **5** of **5** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **2,002.00**

Total
(Report on Summary of Schedules)   **27,508.00**