IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

IN RE:
TODD MICHAEL CARTER,                                              Case No. 05-30507
    Debtor.                                                                    Chapter 7

### TRUSTEE'S MOTION FOR ADDITIONAL TIME TO FILE
### AN ACTION PURSUANT TO 11 U.S.C. §727

---

**NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING**

Pursuant to Local Rule 9013-1(h), the court may consider this matter without further notice or hearing unless a party in interest files an objection. If you object to the relief requested in this paper, you must file with the clerk of the court at 800 Market Street, Suite 330, Knoxville, TN 37902, an objection within 20 days from the date this paper was filed and serve a copy on the movant's attorney, Vicki L. Mayfield, P.O. Box 2189, Knoxville, TN 37901. If you file and serve an objection within the time permitted, the court will schedule a hearing and you will be notified. If you do not file an objection within the time permitted, the court will consider that you do not oppose the granting of the relief requested in this paper and may grant the relief requested without further notice or hearing.

---

    Comes N. David Roberts, Jr., Trustee, by and through counsel, and moves the Court to enter an Order extending the time to file a complaint to object to the discharge of the debtor Todd Michael Carter, pursuant to 11 U.S.C. §727 and Fed. R. Bankr. P. 4004, and for grounds would show to the Court as follows:

    1. The deadline for the Trustee to file a complaint to object to the discharge of the debtor Todd Michael Carter was previously extended to July 6, 2005, by an Order of the Court entered on June 10, 2005.

    2. Pursuant to an Order for Turnover of Property entered June 13, 2005, the debtor was ordered to turn over cash in the amount of $999.00 and a copy of debtor's 2004 federal income tax return to the Trustee within 10 days of entry of the Order. The debtor has not yet complied with said Order.

    3. The Trustee requests an extension of time through September 9, 2005, to file an action against the debtor pursuant to 11 U.S.C. §727 and Fed. R. Bankr. P. 4004. This extension

is necessary for the Trustee to be able to object to the debtor's discharge if the debtor refuses to obey the Order for Turnover of Property.

WHEREFORE, AND FOR ALL OF WHICH, the Trustee moves that he be allowed through September 9, 2005, to file a complaint to object to the discharge of the debtor pursuant to 11 U.S.C. §727 and Fed. R. Bankr. P. 4004.

Respectfully submitted this 30th day of June, 2005.

/s/ Vicki L. Mayfield
Vicki L. Mayfield, BPR# 022913
BAILEY, ROBERTS & BAILEY, P.L.L.C.
P. O. Box 2189
Knoxville, TN 37901
(865) 546-3533
Attorney for N. David Roberts, Jr., Trustee

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing Motion and the related proposed Order have been sent to the following by U.S. Mail, postage prepaid, by hand delivery, or facsimile on this the 30th day of June, 2005.

Patricia C. Foster
Office of the U. S. Trustee
U. S. Courthouse
Suite 114, 800 Market St.
Knoxville, TN  37902

Joe R. Sexton
125 Joy Street
Sevierville, TN  37862
Attorney for the Debtor

Todd Michael Carter
2736 Autumn Woods Way
Cosby, TN  37722

/s/ Vicki L. Mayfield
Vicki L. Mayfield

\\Brb-server\company\WPDOCS\VLM\NDR-Trustee\Carter\727 extension (2nd).doc

2